# EXHIBIT D

**Exhibit D: List of Landowners**

Robert H. Connor Jr.
2419 New Dry Hollow Road
Cumberland Furnace, TN 37051